ASSOCIATED MAINTENANCE & ROOFING COMPANY, INC., CROSS-APPELLEE, *v.* ROCKWELL INTERNATIONAL CORPORATION, CROSS-APPELLANT; HAMILTON INSURANCE COMPANY ET AL., CROSS-APPELLEES.

[Cite as *Associated Maintenance & Roofing Co. v. Rockwell Internatl. Corp.* (1994), 71 Ohio St.3d 1207.]

(No. 93–1587—Submitted November 1, 1994—Decided December 14, 1994.)

*Meister, Ayers & Meister Co., L.P.A.,* and *Andrew J. Ayers,* for cross-appellee Associated Maintenance & Roofing Co., Inc.

*Martindale & Brzytwa, E. John Brzytwa* and *Karen L. Giffen,* for cross-appellant.

*McNamara & McNamara, Dennis D. Liston* and *Lisa Weekley Coulter,* for cross-appellees Hamilton Insurance Company and Old Republic Insurance Company.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.